# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANJEVELL JOHNSON, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-140 |
| v. | * | |
| TILLEY; HOGAN; JANE DOE, D.A. of Ben Hill County; and JUDGE HUE, | * | |
| Defendants. | * | |

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:27 pm, Jan 22, 2018

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 20, 2017 Report and Recommendation, dkt. no. 5, to which Plaintiff filed Objections, dkt. no. 6. Plaintiff's Objections concerning the alleged due process deficiencies he suffered during his indictment on state criminal charges are simply a reiteration of his arguments already presented, which the Magistrate Judge correctly rejected. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 22 day of January, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA